DONALD E. SMITH, Plaintiff-Appellee, *v.* CHICAGO STATE UNIVERSITY *et al.,* Defendants-Appellants.

(No. 59918;

First District (1st Division)—November 4, 1974.

Opinion by Mr. JUSTICE GOLDBERG.

Dunn, Brady, Goebel, Ulbrich, Morel & Jacob, of Bloomington, and Jenner & Block, of Chicago (Frank M. Brady and Richard T. Franch, of counsel), for appellants.

No appearance for appellee.